UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESMOND R. ARMSTRONG, Individually and on Behalf of All Others Similarly Situated, | **ORDER** <br> 15-CV-2909 |
| Plaintiff, | |
| – against – | |
| COSTCO WHOLESALE CORPORATION & NICE-PAK PRODUCTS, INC., | |
| Defendants. | |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The February 17, 2017 order transferring the case to the District of Oregon shall take effect, and the case will be transferred to the District of Oregon, on April 10, 2017.  *See* ECF No. 106.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

March 10, 2017
Brooklyn, New York